**CLERK'S OFFICE**
**A TRUE COPY**
Mar 16, 2022
s/ DarylOlszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Information associated with email account kestrelmedical@gmail.com, as well as all Google, LLC accounts linked to this account by cookie values, creation IP addresses, recovery email, SMS recovery, Android device, telephone numbers, and other similar identifiers, that is stored at premises owned, maintained, controlled, or operated by Google, LLC, a company headquartered at 1600 Amphitheater Parkway, Mountain View, CA 94043. | Case No. 22 MJ 36 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    3/30/2022    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. William E. Duffin    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    3/16/2022 at 10:24 AM      *William E. Duffin*
                                                                           *Judge's Signature*

City and state:    Milwaukee, WI                 Hon. William E. Duffin, U.S. Magistrate Judge
                                                                          *Printed name and title*

**EXHIBIT A**

KESTREL_014637

| Return | | |
|---|---|---|
| Case No.: 09A-MW-3508395 | Date and time warrant executed: 3/16/2022 | Copy of warrant and inventory left with: online portal |

Inventory made in the presence of:
online portal

Inventory of the property taken and name(s) of any person(s) seized:

On 3/31/2022 Google provided a response to the warrant, which was a link to download emails sent to/from the email account Kestrelmedical@gmail.com. The information was downloaded and saved on a DVD.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/16/2022

_____
Executing officer's signature

Jill Dring, Special Agent
Printed name and title

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with email account kestrelmedical@gmail.com, as well as all Google, LLC accounts linked to this account by cookie values, creation IP addresses, recovery email, SMS recovery, Android device, telephone numbers, and other similar identifiers, that is stored at premises owned, maintained, controlled, or operated by Google, LLC, a company headquartered at 1600 Amphitheater Parkway, Mountain View, CA 94043.

## ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be disclosed by Google LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on or about October 19, 2021, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all emails associated with the account from January 1, 2018, through the present, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.	Stored web history, cloud-based file storage, social networking profile and friends (connections) list;

d.	Text or voice messages, call logs and associated metadata;

e.	The types of service utilized;

f.	All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

g.	All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

h.	All records relating to user attribution showing who used or owned the device associated with this account including images, documents, logs, communication records;

i.	Evidence indicating how and when the email account was accessed or used, to determine the chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

j.	Evidence indicating the geographic location of email access points at times relevant to the investigation;

k.	Evidence indicating the email account owner's state of mind as it relates to the crime under investigation; and

l.	All information that constitutes evidence of violations of 18 U.S.C. § 1347 (health care fraud) or 18 U.S.C. § 1035 (false statements relating to health care matters); or

KESTREL_014641

contraband or other items illegally possessed; or property designed for use, intended for use, or used in committing violations of 18 U.S.C. § 1347 (health care fraud) or 18 U.S.C. § 1035 (false statements relating to health care matters).

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. § 1347 and 18 U.S.C. § 1035, those violations involving **Kestrel/Johnson** and occurring after June 1, 2018, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Records of communications related to: (1) the relationship between Johnson and any Medicare provider, DME supplier, physician staffing company or marketing company dealing with Medicare reimbursable services or items, (2) Johnson's work for, or with, any Medicare provider, DME supplier, physician staffing company or marketing company; (3) the prescription or order of Medicare reimbursable services or items for patients; (4) investigations by Medicare or insurance providers regarding prescribed or ordered health care services or items;

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

KESTREL_014642

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

KESTREL_014643

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Mar 16, 2022
s/ DarylOlszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Information associated with email account kestrelmedical@gmail.com, as well as all Google, LLC accounts linked to this account by cookie values, creation IP addresses, recovery email, SMS recovery, Android device, telephone numbers, and other similar identifiers, that is stored at premises owned, maintained, controlled, or operated by Google, LLC, a company headquartered at 1600 Amphitheater Parkway, Mountain View, CA 94043. )

Case No. 22 MJ 36

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1347; 31 U.S.C. § 3729 | Healthcare Fraud; False Claims Act. |

The application is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jill Dring, SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 3/16/2022

*Judge's signature*

City and state: Milwaukee, WI

Hon. William E. Duffin, U.S. Magistrate Judge
*Printed name and title*