# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>BRUCE M. JOHNSON,<br><br>                  Defendant. | Case No. 24-CR-40-1-JPS<br><br>**ORDER** |

        On August 27, 2024, the Government filed a Superseding Indictment charging Defendant with ten total counts, comprised of violations of 42 U.S.C. §§ 1320a-7b(b)(1)(A), 1320a-7b(b)(1)(B), 1320a-7b(b)(2)(A), 1320a-7b(b)(2)(B), and 1320a-7b(b)(2), and 18 U.S.C. §§ 2(a), 371, and 152(7). ECF No. 1. On October 7, 2025, the parties filed a plea agreement indicating that the Defendant agreed to plead guilty to Count One of the Superseding Indictment, with the Government to move to dismiss the remaining counts as to Defendant at the time of sentencing. ECF No. 60.

        The parties appeared before Magistrate Judge Nancy Joseph on October 29, 2025 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 61. Defendant entered a plea of guilty as to Count One of the Superseding Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*; ECF No. 62 at 1.

        On October 29, 2025, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 62. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 62, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of November, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:24-cr-00040-JPS    Filed 11/21/25    Page 2 of 2    Document 63